JS 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSEPH R. FRANCIS, | ) | Case No.: CV 11-9054 DSF (VBKx) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| WYNN LAS VEGAS, LLC, et al., | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| | ) | |

Plaintiff having failed to appear at the pretrial conference and having failed to comply with the Court's Standing Order, the Court having previously ordered plaintiff to comply with certain orders as a result, and plaintiff not having complied or responded in any way,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed with prejudice, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

7/8/15

Dated: _____

_____
Dale S. Fischer
United States District Judge